UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Citizens Financial Group, Inc., et al.* | Master File No. 1:17-cv-03004-GBD <br><br> NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) <br><br> Hon. George B. Daniels |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiffs Ken Warner and Richard Grace give notice that that the above-captioned consolidated action is voluntarily dismissed against all Defendants, without prejudice.

DATED: November 16, 2017

LEVI & KORSINSKY, LLP

By: /s/ Shannon L. Hopkins
Shannon L. Hopkins
Sebastiano Tornatore
733 Summer Street, Suite 304
Stamford, CT 06903
Telephone: 203-992-4523
Facsimile: 212-363-7171
E-mail: shopkins@zlk.com

*Attorneys for Lead Plaintiff Richard Grace and the Proposed Class*

-and-

GLANCY PRONGAY & MURRAY LLP
Lesley F. Portnoy (LP-1941)
230 Park Ave., Suite 530
New York, New York 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
lportnoy@glancylaw.com

**SO ORDERED:**

/s/ George B. Daniels
U.S.D.J.

NOV 17 2017

1

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiff Ken Warner and the Proposed Class*